**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JOY MCFARLAND, Individually and on                                                                PLAINTIFF
Behalf of Others Similarly Situated

v.                                         NO. 3:16CV00100 JLH

NESTLE USA, INC.; and
NESTLE PREPARED FOODS COMPANY                                                         DEFENDANTS

## ORDER

The joint motion to stay deadlines pending resolution of settlement discussions is GRANTED. Document #13. The existing deadlines are hereby stayed, including the deadlines for the defendants to respond to the plaintiff's motion to certify class, the parties' Rule 26 conference, and the submission of a joint preliminary planning report. This stay will be in effect through September 9, 2016, to permit the parties to attempt to resolve this case. Should the parties be unable to settle this matter by September 9, the parties must either (a) file a status report and request an extension of the stay if settlement is feasible but will take more time, or (b) inform the Court that further negotiations would not be productive. In the latter event, the parties must file their Rule 26(f) report within seven days after the stay is lifted, and the defendants must file a response to the plaintiff's motion to certify class within twenty-one days after the stay is lifted.

IT IS SO ORDERED this 16th day of August, 2016.

*J. Leon Holmes*
———————————————
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE