**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JOY MCFARLAND, Individually and on
Behalf of Others Similarly Situated                                                    PLAINTIFF

v.                                          NO. 3:16CV00100 JLH

NESTLE USA, INC.; and
NESTLE PREPARED FOODS COMPANY                                                 DEFENDANTS

## ORDER

Pursuant to the Order entered on August 16, 2016, the parties have filed a joint status report and motion to extend stay pending resolution of settlement discussions. The motion to extend the stay is GRANTED. Document #15. The stay is extended up to and including October 10, 2016. Should the parties be unable to settle this matter by October 10, 2016, they must either (a) file a status report and request an extension of stay if settlement is feasible but will take more time, or (b) inform the Court that further negotiations would not be productive. If they determine that further negotiations would not be productive, the parties must file their Rule 26(f) report within seven days after the stay is lifted, and the defendants must file a response to the plaintiff's motion to certify class within fourteen days after the stay is lifted.

IT IS SO ORDERED this 9th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE