**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JOY MCFARLAND, Individually and on                                                                  PLAINTIFF
Behalf of Others Similarly Situated

v.                                                       NO. 3:16CV00100 JLH

NESTLE USA, INC.; and
NESTLE PREPARED FOODS COMPANY                                                               DEFENDANTS

**ORDER**

Pursuant to the Order entered on October 11, 2016, the parties have filed a joint status report and motion to extend stay pending resolution of settlement discussions. The motion to extend the stay is GRANTED. Document #19. The stay is extended up to and including December 12, 2016. Should the parties be unable to settle this matter by December 12, 2016, they must either (a) file a status report and request an extension of stay if settlement is feasible but will take more time, or (b) inform the Court that further negotiations would not be productive. If they determine that further negotiations would not be productive, the parties must file their Rule 26(f) report within seven days after the stay is lifted, and the defendants must file a response to the plaintiff's motion to certify class within fourteen days after the stay is lifted.

IT IS SO ORDERED this 14th day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE