**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JOY MCFARLAND, Individually and on						PLAINTIFF
Behalf of Others Similarly Situated

v.					NO. 3:16CV00100 JLH

NESTLE USA, INC.; and
NESTLE PREPARED FOODS COMPANY						DEFENDANTS

## ORDER

The parties' joint motion to stay deadlines pending mediation is hereby GRANTED. Document #21. Deadlines previously set related to submission of a joint preliminary planning report and defendants' response to plaintiff's motion to certify class in this case are hereby enlarged to January 27, 2017. By January 27, 2017, the parties must either (a) inform the Court that this matter has been settled, or (b) the parties will inform the Court that further negotiations would not be productive, will file their Rule 26(f) report within seven days after the stay is lifted, and the defendants will file their response to the plaintiff's motion to certify class within fourteen days after the stay is lifted. The Court will enter its final scheduling order after the Rule 26(f) report is filed.

IT IS SO ORDERED this 9th day of December, 2016.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE