IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOY MCFARLAND, Individually and on       PLAINTIFF
Behalf of Others Similarly Situated

v.    NO. 3:16CV00100 JLH

NESTLE USA, INC.; and
NESTLE PREPARED FOODS COMPANY       DEFENDANTS

## ORDER

The joint motion to file exhibit under seal is GRANTED. Document #28. The parties will be permitted to file conventionally under seal a copy of Exhibit E to the Settlement Agreement.

IT IS SO ORDERED this 10th day of April, 2017.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE