# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JOY MCFARLAND, Individually and on                                        PLAINTIFF
Behalf of Others Similarly Situated

v.                       NO. 3:16CV00100 JLH

NESTLE USA, INC.; and
NESTLE PREPARED FOODS COMPANY                          DEFENDANTS

## ORDER

Because the Court has preliminarily approved the amended joint motion for approval of class and collective action settlement and notice to the settlement class, the pending motion to certify class is DENIED AS MOOT. Document #11.

IT IS SO ORDERED this 2nd day of May, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE